UNITED STATES v. UNION PAC. RY. CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 14, 1900.) No. 652. In Error to the Circuit Court of the United States for the District of Kansas. W. C. Perry and I. E. Lambert, for plaintiff in error. A. L. Williams, N. H. Loomis, and R. W. Blair, for defendants in error. No opinion. Affirmed, without costs to either party in this court. See 84 Fed. 1022.

---

WALLACE v. BOMAR. (Circuit Court of Appeals, Fifth Circuit. January 24, 1899.) No. 778. In Error to the Circuit Court of the United States for the Northern District of Texas. C. W. Starling and U. F. Short, for plaintiff in error. A. M. Carter and J. E. Bomar, for defendant in error. Dismissed on stipulation of counsel.

---

WELSBACH LIGHT CO. v. SUNLIGHT INCANDESCENT GAS-LAMP CO. (Circuit Court of Appeals, Second Circuit. February 28, 1899.) Appeal from the Circuit Court of the United States for the Southern District of New York. Charles G. Coe, for appellant. John R. Bennett, for appellee. Appeal dismissed for failure to print the record. See 87 Fed. 221.